# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL GONZALES,

                Plaintiff,

  v.

B. S. VIKJORD, et al.,

                Defendants.

_____/

CASE   NO.   1:07-cv-00675-OWW-DLB   (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, AND DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER

      Plaintiff Michael Gonzales, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On March 20, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to the plaintiffs that any objections to the Findings and Recommendations were to be filed within twenty days.  Plaintiff has not filed timely objections to the Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.      The Findings and Recommendations, filed March 20, 2008, are adopted in full; and

1

1    2.    This action is dismissed for plaintiff's failure to obey the court's order of January

2        28, 2008.

3    IT IS SO ORDERED.

4  **Dated:    May 1, 2008**              **/s/ Oliver W. Wanger**
                                 UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28